FRANZ SCHULZ, Respondent, *v.* WILLIAM A. BAIRD et al., Appellants.

*Schulz* v. *Baird*, 9 App. Div. 628, affirmed.
(Argued December 11, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 10, 1896, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*George W. Stephens* for appellants.

*J. Aspinwall Hodge, Jr.,* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: GRAY, O'BRIEN, HAIGHT and WERNER, JJ. Dissenting: PARKER, Ch. J., and LANDON, J. Not sitting: CULLEN, J.

---

THE CLINTON NATIONAL BANK, Appellant, *v.* THE NATIONAL PARK BANK OF NEW YORK, Respondent.

*Clinton Nat. Bank* v. *Nat. Park Bank,* 37 App. Div. 601, affirmed.
(Argued December 11, 1900; decided January 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 4, 1899, affirming a judgment in favor of defendant entered upon a verdict, and an order denying a motion for a new trial.

*Solomon Hanford* for appellant.

*James C. Carter, Lewis Cass Ledyard* and *Louis F. Doyle* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Dissenting: CULLEN, J.